UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| SHARON LAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:11-cv-0132-WTL-MJD |
| | ) |
| JOHN DOE, and JANE DOE, sued in their individual and official capacities, ANNE MURPHY, sued individually and in her capacity as SECRETARY[1] of the INDIANA FAMILY & SOCIAL SERVICES ADMINISTRATION, and INTERNATIONAL BUSINESS MACHINES CORPORATION, sued in its individual and official capacities, | ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## MOTION FOR INITIAL EXTENSION OF TIME

Defendant, Michael A. Gargano, sued in his capacity as Secretary of the Indiana Family & Social Services Administration ("State Defendant"), by counsel, Gregory F. Zoeller, Attorney General of Indiana, by Adam Clay, Deputy Attorney General, pursuant to S.D. Ind. L.R. 6.1(c), files this initial motion to extend the time within which to respond to Plaintiff's complaint. In support of this, State Defendant states:

1. State Defendant's response to the complaint is due June 7, 2011. That deadline has not passed.

2. Co-counsel for State Defendant conferred with opposing counsel, Brian Welke, on June 2, 2011, regarding a twenty-eight (28) day extension of the responsive pleading deadline. Mr. Welke stated that he **objects** to an extension, to the extent that the extension

---

[1] Michael A. Gargano's appointment as replacement for Anne W. Murphy, former Secretary of Indiana Family and Social Services Administration, became effective on November 15, 2010.

requested goes beyond the date which Defendant Indiana Business Machines ("IBM") has obtained or will obtain.

    3.    The State Defendant requests an extension of time to July 5, 2011 to answer or otherwise respond to the Plaintiff's Complaint.  This is equal to the amount of time requested by Defendant IBM in their Motion for Extension of Time.  *See* Docket 16.

    4.    The undersigned and his co-counsel were recently assigned to represent State Defendant in this matter, and have not yet had the opportunity to complete necessary investigation or fully discuss this matter with their client.

    5.    This is the first extension of time requested by State Defendant.  It is made of necessity and not interposed for delay.

WHEREFORE, Defendant, Michael A. Gargano, sued in his capacity as Secretary of the Indiana Family & Social Services Administration, requests this Court grant an initial extension of time to file a responsive pleading to Plaintiff's complaint from June 7, 2011, to **July 5, 2011**.

                  Respectfully submitted,

                  GREGORY F. ZOELLER
                  Indiana Attorney General
                  Attorney No. 1958-98

Date: June 6, 2011        By:  *s/ Adam Clay*
                                    Adam Clay
                                      Deputy Attorney General
                                      Attorney No. 28498-49

                  OFFICE OF THE INDIANA ATTORNEY GENERAL
                  Indiana Government Center South, 5th Floor
                  302 W. Washington Street
                  Indianapolis, IN  46204-2770
                  Telephone:  (317) 234-2900
                  Fax:  (317) 232-7979
                  Email:  Adam.Clay@atg.in.gov

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2011, a copy of the foregoing *Motion for Initial Extension of Time* was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Brent Welke<br>WELKE LAW FIRM<br>BrentWelke@att.net | Andrew W. Hull<br>HOOVER HULL LLP<br>AWHull@hooverhull.com |
| Laurie E. Martin<br>HOOVER HULL LLP<br>LMartin@hooverhull.com | Anne M. Sidrys, P.C.<br>KIRKLAND & ELLIS LLP<br>Anne.Sidrys@kirkland.com |
| Wendy Netter Epstein<br>KIRKLAND & ELLIS LLP<br>Wendy.Epstein@kirkland.com | Zachary D. Holmstead<br>KIRKLAND & ELLIS LLP<br>Zachary.Holmstead@kirkland.com |

*s/ Adam Clay*
Adam Clay
Deputy Attorney General

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN  46204-2770
Telephone:  (317) 234-2900
Fax:  (317) 232-7979
Email:  Adam.Clay@atg.in.gov