## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHARON LAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:11-cv-00132-WTL-DKL |
| | ) | |
| JOHN DOE, and JANE DOE, sued in their | ) | |
| individual and official capacities, ANNE | ) | |
| MURPHY, sued individually and in her capacity | ) | |
| as SECRETARY[1] of the INDIANA FAMILY & | ) | |
| SOCIAL SERVICES ADMINISTRATION, and | ) | |
| INTERNATIONAL BUSINESS MACHINES | ) | |
| CORPORATION, sued in its individual and | ) | |
| official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS

Defendants, Anne Murphy, sued in her individual capacity, and Michael A. Gargano, sued in his capacity as Secretary of the Indiana Family & Social Services Administration ("State Defendant"), by counsel, Gregory F. Zoeller, Attorney General of Indiana, by Adam Clay, Deputy Attorney General, respectfully move to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(B)(1) and (6).  In support of this, State Defendant states:

1.       Plaintiff filed a complaint alleging a violation of her civil rights under 42 U.S.C. § 1983, as well as alleging state tort claims of (1) aiding and abetting an assault and battery, (2) negligence, (3) negligent infliction of physical, mental and emotional injury, and (4) duress.

2.       The Plaintiff has failed to state a claim against the State Defendants.

---

[1] Michael A. Gargano's appointment as replacement for Anne W. Murphy, former Secretary of Indiana Family and Social Services Administration, became effective on November 15, 2010.

3.      A memorandum in support of this motion is filed contemporaneously and is incorporated herein.

WHEREFORE, State Defendants, Anne Murphy, sued in her individual capacity  and Michael A. Gargano, sued in his capacity as Secretary of the Indiana Family & Social Services Administration, respectfully move this court to dismiss the claims against them in the Plaintiff's Complaint and for all other relief just and proper in the premises.

Respectfully submitted,

GREGORY F. ZOELLER
Indiana Attorney General
Attorney No. 1958-98

Date: July 5, 2011            By:  _s/ Adam Clay_
                                  Adam Clay
                                  Deputy Attorney General
                                  Attorney No. 28498-49

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN  46204-2770
Telephone:  (317) 234-2900
Fax:  (317) 232-7979
Email:  Adam.Clay@atg.in.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Brent Welke
WELKE LAW FIRM
BrentWelke@att.net

Laurie E. Martin
HOOVER HULL LLP
LMartin@hooverhull.com

Wendy Netter Epstein
KIRKLAND & ELLIS LLP
Wendy.Epstein@kirkland.com

Diana M. Watral
KIRKLAND & ELLIS LLP
Diana.Watrel@kirkland.com

Andrew W. Hull
HOOVER HULL LLP
AWHull@hooverhull.com

Anne M. Sidrys, P.C.
KIRKLAND & ELLIS LLP
Anne.Sidrys@kirkland.com

Zachary D. Holmstead
KIRKLAND & ELLIS LLP
Zachary.Holmstead@kirkland.com

_s/ Adam Clay_____
Adam Clay
Deputy Attorney General

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN  46204-2770
Telephone:  (317) 234-2900
Fax:  (317) 232-7979
Email:  Adam.Clay@atg.in.gov