UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHARON LAND, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:11-cv-0132-WTL-DKL |
| ) | |
| vs. ) | |
| ) | Judge William T. Lawrence |
| JOHN DOE & JANE DOE, ANNE MURPHY, ) | |
| SECRETARY OF INDIANA FSSA, IBM ) | Magistrate Denise K. LaRue |
| CORP., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**DEFENDANTS' JOINT RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME AND OFFER OF ALTERNATIVE EXTENSION**

Defendants Anne Murphy ("the State of Indiana") and IBM jointly file this response in opposition to plaintiff Sharon Land's motion for an extension of thirty (30) days to file her response to defendants' motions to dismiss and instead offer plaintiff fourteen (14) days from her original deadline to file her response. In support, defendants show the Court:

1. The State of Indiana and IBM filed their motions to dismiss plaintiff's complaint on July 5, 2011. Plaintiff's response to defendants' motions to dismiss was due on July 22, 2011.

2. Plaintiff did not submit a timely response on July 22, 2011.

3. On July 26, 2011, plaintiff's counsel, Brent Welke, left a voicemail with Andrew Hull, counsel for IBM, requesting a 30-day extension to file plaintiff's response.

4. Within hours, plaintiff filed a motion with this Court to seek a 30-day extension. During this time, lead counsel for the State of Indiana, Adam Clay, was in a jury trial in Marion County Superior Court. In his absence, undersigned counsel for the State of Indiana, and counsel for IBM were coordinating to discuss the requested extension. The State of

.

Indiana and IBM agreed that they would offer plaintiff a fourteen (14) day extension from plaintiff's original deadline.

5. Defendants promptly contacted Mr. Welke after the filing of plaintiff's motion. The State of Indiana and IBM jointly offered plaintiff a fourteen (14) day extension from plaintiff's original deadline.

6. Mr. Welke refused to accept defendants' joint offer and instructed defendants to file a motion with this Court.

7. Plaintiff has been in possession of defendants' motions for twenty-one (21) days and did not contact defendants until four (4) days after the deadline to seek an extension.

8. Plaintiff's proposed extension will make her response due on August 25, 2011. IBM's primary attorney on this matter has a scheduling conflict with plaintiff's proposed extension. Diana Watral will be taking a personal leave for her wedding shortly after plaintiff's proposed deadline.[1]

9. Counsel for the State of Indiana have conflicts with plaintiff's proposed extension, as follows: undersigned counsel has a family vacation scheduled shortly after plaintiff's proposed deadline, and lead counsel Adam Clay has an oral surgery appointment as well as one hearing in Knox County, one hearing in Marion County, and several deadlines to be complied with during that time frame.

10. Defendants object to plaintiff's requested extension of thirty (30) days, but are willing to agree to a fourteen (14) day extension from plaintiff's original deadline of July 22, 2011. Defendants' proposed extension will make plaintiff's response due on August 5, 2011.

---

[1] To the extent that this Court would like to receive sworn affidavits regarding these conflicts, defendants' counsel will provide such documentation.

11. A fourteen (14) day extension from plaintiff's original deadline is a reasonable extension and provides plaintiff ample time to respond to defendants' brief motions to dismiss.

Dated:  July 27, 2011                                             Respectfully submitted,


*/s/ Andrew W. Hull*
Andrew W. Hull (#11218-49)
Laurie E. Martin (#26877-49)
HOOVER HULL LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989

Steven D. McCormick, P.C.
Anne M. Sidrys, P.C.
Diana M. Watral
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000

*Attorneys for Defendant International Business Machines Corporation*

*/s/ Patricia Huber Strachan*
Patricia Huber Strachan
Deputy Attorney General
Attorney No. 11422-49
Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 232-0018
Email: patricia.strachan@atg.in.gov

*Attorney for Defendant Anne Murphy*

.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the following by U.S. Mail with proper postage prepaid this 27th day of July, 2011:

Brent Welke
WELKE LAW FIRM
P.O. Box 55058
Indianapolis, IN  46205


/s/ Andrew W. Hull

.