# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| SHARON LAND,<br>    Plaintiff, | )<br>)<br>) |
| V. | ) Cause: 2:11-cv-0132-WTL-MJD<br>) |
| JOHN DOE and JANE DOE. Sued in their<br>individually and official capacities, ANNE<br>MURPHY, sued individually and in her capacity<br>as SECRETARY OF THE INDIANA FAMILY &<br>SOCIAL SERVICES ADMINISTRATION, and<br>INTERNATIONAL BUSINESS MACHINES<br>CORPORATION, sued in it individual and official<br>capacities,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S RESPONSE
## DEFENDANT'S JOINT RESPONSE IN OPPOSITION

Comes now Plaintiff, Sharon Land, by Counsel, Brent Welke, now files her Response to the Defendant's Response in opposition to Plaintiff's Motion for Enlargement of Time. In support, Land would show the Court as follows:

1. While it is true that the Defendant's filed their motion to dismiss plaintiff's complaint on July 5, 2011, their legal reasoning is amiss by asserting that Land only had fourteen (14) days to file her responsive pleading.

2. Land filed her Motion for Enlargement of Time on the 22nd day of 2011, which is within the twenty-one (2)1 days as prescribed in FRCP 12.

3. None of the Defendant's will be harmed by this Court grating the Plaintiff 30 days to respond to the Defendant's Motion to Dismiss.

4. Basic courtroom decorum should mandate that opposing counsel remain sympathetic, rather than to seek redress from this court, whenever counsel advises the court that he or his supportive staff have fallen ill with an illness.

*WHEREFORE,* Petitioner, Sharon Land, by Counsel, Brent Welke, respectfully renews her request for an enlargement of time of thirty (3) days in which to file responsive pleadings in the above captioned matter, up to and including the 25th day of August;, 2011 and for all other relief deemed appropriate by the Court.

Respectfully Submitted,

Brent Welke (15671-45)
Attorney at Law
P.O. Box 55058
Indianapolis, Indiana 46505
Telephone: (317) 748-7772
E-mail: brentwelke@att.net

Attorney for Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served upon all parties of record by way the Court's ECF system this 29th day July 2011..

Brent Welke

**BRENT WELKE
ATTORNEY AT LAW
P.O. BOX 55058
INDIANAPOLIS, INDIANA 46205
brentwelke@att.net
Telephone: (317) 748-7772**

**ATTORNEY FOR PLAINTIFF**