UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHARON LAND, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:11-cv-0132-WTL-DKL |
| ) | |
| vs. ) | |
| ) | Judge William T. Lawrence |
| JOHN DOE & JANE DOE, ANNE MURPHY, ) | |
| SECRETARY OF INDIANA FSSA, IBM ) | Magistrate Denise K. LaRue |
| CORP., ) | |
| ) | |
| Defendants. ) | |

**IBM'S REPLY MEMORANDUM IN SUPPORT OF ITS
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

IBM moved to dismiss plaintiff's entire complaint for failure to state a viable claim under § 1983, negligence, or other state law causes of action. Plaintiff did not respond to IBM's motion, despite an order to respond by Magistrate LaRue. This Court should now grant IBM's motion to dismiss plaintiff's complaint in its entirety with prejudice for the additional, independent reason that the motion remains unopposed.

IBM filed its motion to dismiss on July 5, 2011. According to Local Rule 7.1(b) and Federal Rule of Civil Procedure 6(d), plaintiff's response was due on July 22, 2011. Plaintiff did not file her response or seek an extension before this deadline. Rather, four days after the deadline passed, plaintiff requested an additional thirty days to file her response. (Dkt. No. 43) Magistrate LaRue denied plaintiff's request for a thirty day extension, explaining that plaintiff's "inexplicable failure to follow well-established rules" did not justify additional time. (08/03/11

.

Order at 3, Dkt. No. 48) Magistrate LaRue ordered plaintiff to file her response by August 5, 2011 (in effect allowing plaintiff a two-week extension).

Despite this clear direction, plaintiff did not file a response. Plaintiff's failure to oppose IBM's motion provides an additional, independent ground upon which to grant the motion to dismiss. Local Rule 7.1(b) warns litigants that the "[f]ailure to file a response or reply within the time prescribed may subject the motion to summary ruling." S.D. Ind. Rule 7.1(b). Consistent with Local Rule 7.1(b), courts within this circuit have summarily dismissed a plaintiff's complaint where the plaintiff fails to oppose a motion to dismiss. *See, e.g., Rangel v. Schmidt*, 2009 WL 5068351, at *3 (N.D. Ind. Dec. 16, 2009) (summarily granting the defendant's unopposed motion to dismiss; collecting cases); *Sanders v. Town of Porter Police Dept.*, 2006 WL 2457251, at *2 (N.D. Ind. Aug. 22, 2006) (same); *Hefley v. Davis*, 2008 WL 5114647, at *2 (N.D. Ill. Dec. 2, 2008) (summarily dismissing the defendant's unopposed motion to dismiss the plaintiff's Title VII, § 1983, § 1981, and state law claims). Plaintiff's failure to respond is particularly inexcusable here, where plaintiff is represented by counsel. *See Xenos v. Hawbecker*, 2011 WL 3332713, at *2 (3d Cir. Aug. 3, 2011) (where a plaintiff is represented by counsel, her "failure to oppose a motion can truly be understood to reflect that the motion is unopposed"). This Court should thus grant IBM's unopposed motion to dismiss plaintiff's complaint in its entirety with prejudice.

Dated:  August 12, 2011 Respectfully submitted,

*/s/ Andrew W. Hull*

Andrew W. Hull (#11218-49)
Daniel K. Burke (#24572-49)
Jason L. Fulk (#24890-53)
Laurie E. Martin (#26877-49)
HOOVER HULL LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Telephone: (317) 822-4400

Steven D. McCormick, P.C.
Anne M. Sidrys, P.C.
Diana M. Watral
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone: (312) 862-2000

*Attorneys for Defendant International Business Machines Corporation*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing has been served upon the following via the Court's ECF system this 12th day of August, 2011:

| | |
|---|---|
| Brent Welke | Adam Clay |
| WELKE LAW FIRM | Office of Indiana Attorney General |
| brentwelke@att.net | adam.clay@atg.in.gov |

Patricia H. Strachan
Office of Indiana Attorney General
patricia.strachan@atg.in.gov

                */s/ Andrew W. Hull*

.