# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| SHARON LAND,<br>    Plaintiff, | )<br>)<br>) |
| V. | ) Cause: 2:11-cv-0132-WTL-MJD<br>) |
| JOHN DOE and JANE DOE. Sued in their<br>individually and official capacities, ANNE<br>MURPHY, sued individually and in her capacity<br>as SECRETARY OF THE INDIANA FAMILY &<br>SOCIAL SERVICES ADMINISTRATION, and<br>INTERNATIONAL BUSINESS MACHINES<br>CORPORATION, sued in it individual and official<br>capacities,<br>    Defendants. | )<br>)<br>)<br>) William T. Lawrence, Judge<br>)<br>) Denise K. LaRue, Magistrate<br>)<br>)<br>) |

## PLAINTIFF'S RESPONSE
## TO DEFENDANT'S MOTIONS TO DISMISS

Comes now Plaintiff, Sharon Land, by Counsel, Brent Welke, now files her Response to the Defendant's Motion to Dismiss jointly, and respectfully moves the Court to reject them in toto. In support, Land would show the Court as follows:

1. Land has stated a claim under the Equal Protection Clause of the United States Constitution since she and her son was discriminated against due to their poverty.

2. In the alternative, Land has stated a claim under the Equal Protection Clause of the United States Constitution due to the doctrine of Rational Basis Review.

3. Land's due process claim is not precluded by *DeShaney* and the limited exceptions to *DeShaney* are applicable in the case at bar.

4. Land's complaint does allege a procedural due process claim and it does not fail as a matter of law.

5. IBM did owe a duty to Land and there was a *relationship* significant to establish a legal duty in behalf of IBM..

6. IBM had enough information at hand to permit it to foresee that the lack of Medicaid benefits to Land's son would result in injuries or even death to a third party.

7. Public Policy Considerations do not preclude this Court from finding that IBM owed Land a duty.

8. Land's remaining State Law claims do not fail as a matter of law.

9. Defendant Anne Murphy is the proper defendant in the above captioned matter.

10. Anne Murphy is not immune from suit in the above captioned matter.

11. Land has adequately stated a claim for negligence against the State of Indiana Defendants.

12. Land is contemporaneously filing a Memorandum in Support of the above captioned matter.

**WHEREFORE,** Petitioner, Sharon Land, by Counsel, Brent Welke, respectfully requests that this Court dismiss the Defendant's Motions to Dismiss in toto; and for all other relief deemed appropriate by the Court.

Respectfully Submitted,

_____
Brent Welke (15671-45)
Attorney for Petitioner

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served upon all parties of record by way the Court's ECF system this 23rd day August 2011.

_____
Brent Welke

**BRENT WELKE**
**ATTORNEY AT LAW**
**P.O. BOX 55058**
**INDIANAPOLIS, INDIANA 46205**
brentwelke@att.net
Telephone: (317) 748-7772

**ATTORNEY FOR PLAINTIFF**